**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

EDWARD EUELL                                                                                                    PLAINTIFF

V.                                             3:05CV00200 JMM

DAVIS *et al.*                                                                                                    DEFENDANTS

**ORDER**

    Plaintiff initiated this § 1983 action by filing a Complaint (docket entry # 1) unaccompanied by an Application to Proceed *In Forma Pauperis.* An Order was entered on February 22, 2006 (docket entry #2) advising Plaintiff that in order to pursue this action he must submit a completed *In Forma Pauperis* application or the statutory filing fee. Plaintiff was also cautioned of the requirements of Local Rule 5.5(c)(2), which provides that if any communication from the Court to a *pro se* litigant is not responded to within thirty days, the case may be dismissed without prejudice. This Order was mailed to the last known address provided by Plaintiff, at the Craighead County Detention Center.

    The Order has been returned to the Court as undeliverable, marked only "return to sender." Under these circumstances, the Court concludes that this case should be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2). *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995)("District courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and we review the exercise of this power for abuse of discretion.")

    If Plaintiff wishes to re-open this case, he should file a motion to that effect no later than 11

days after this order's entry date, together with his reasons for his failure to respond timely to the February 22, 2006, order. Otherwise, Plaintiff must initiate a new lawsuit to pursue his claims.

IT IS THEREFORE ORDERED that Plaintiff's Complaint (docket entry #1) be and it is hereby DISMISSED WITHOUT PREJUDICE.

DATED this 3rd day of March, 2006.

*/s/ James M. Moody*
UNITED STATES DISTRICT JUDGE